Allegheny Beverage Corporation, Appellant, *v.* Conel Corporation.
Associated Royal Crown Bottling Company, Appellant, *v.* Conel Corporation.

Argued January 13, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

reargument refused April 14, 1972.

*Henry T. Reath,* with him *David L. Pennington, Walter Michael Dinda, Harvey D. Myerson* of New York Bar, *C. Kenneth Shank, Jr., Duane, Morris & Heckscher, Harvey, Pennington, Herting & Renneisen, Ltd.,* and *Webster, Sheffield, Fleischmann, Hitchcock & Brookfield* of New York Bar, for plaintiffs, appellants.

*Robert H. Malis,* with him *David S. Malis,* and *Malis, Tolson & Malis,* for defendants, appellees.

OPINION PER CURIAM, March 20, 1972:

The decree and judgment appealed from are affirmed. Costs to be borne by appellants.